FILED

17 AUG 29 AM 10:18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY RJM          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CALEB ORTIZ GERMAN, A# 209-160-512,<br><br>Petitioner,<br><br>v.<br><br>JEFFERSON B. SESSIONS, III, in his official capacity as Attorney General of the United States; JOHN F. KELLY, in his official capacity as the Secretary of the Department of Homeland Security; GREGORY J. ARCHAMBEAULT, in his official capacity as the San Diego Field Office Director, Immigrations and Customs Enforcement, Enforcement and Removal Operations; FRED FIGUEROA, in his official capacity as the warden for the "CoreCivic" Otay Mesa Detention Facility,<br><br>Respondents. | Case No.: 3:17-cv-00877-BEN-MDD<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

On May 1, 2017, Petitioner Fernando Caleb Ortiz German filed a petition for writ habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1). He moves this Court to issue a writ of habeas corpus to compel Respondents to appear and show cause why the

1

Petitioner should not be immediately granted a bond hearing to determine whether he may be released from the custody of the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE").

A month later, on June 8, 2017, the Board of Immigration Appeals ("BIA") remanded Petitioner's bond proceedings to the Immigration Judge ("IJ") for a bond hearing. (ECF No. 6-1, Ex. 1). On June 30, 2017, ICE released Petitioner from custody on a $5,000 bond. (ECF No. 6-1, Ex. 2). It does not appear that Petitioner has appealed to the BIA regarding the amount of the bond.

Petitioner has been granted the release that he sought. Thus, his habeas petition is now moot. *Abdala v. INS*, 488 F.3d 1061, 1064-65 (9th Cir. 2007) ("[A] petitioner's release from detention under an order of supervision 'moot[ed] his challenge to the legality of his extended detention.'" (citing other source)). Accordingly, the Court **DISMISSES** his petition as moot.

**IT IS SO ORDERED.**

Dated: 8/28, 2017

Hon. Roger T. Benitez
United States District Judge